COURT OF
APPEALS

                                                   EIGHTH DISTRICT OF
TEXAS

                                                              EL
PASO, TEXAS

 


 
 
  
  
 VALERIE SHUGART,
  
                                    
 Appellant,
  
 v.
  
 THE STATE OF TEXAS,
  
                                     Appellee.
 
  
 
 
  
 '
    
 '
    
 '
    
 '
    
 '
  
 '
 
 
  
  
                   No. 08-12-00049-CR
  
                          Appeal from
  
 16th District Court
  
 of Denton County,
 Texas
  
 (TC #
 F-2008-0200-A)
 
 


 

                                                     MEMORANDUM
OPINION

 

            Pending before the Court is
Appellant’s motion to dismiss the appeal pursuant to Tex.R.App.P. 42.2(a). 
As required by that rule, the motion to dismiss is signed by Appellant
and his attorney.  Further, the Clerk of
this Court has forwarded a duplicate copy of the motion to the clerk of the
trial court.  Because Appellant has
established compliance with the requirements of Rule 42.2(a), we grant the
motion and dismiss the appeal.

 

July 31, 2012                                       ________________________________________________

ANN CRAWFORD
McCLURE, Chief Justice

 

Before McClure, C.J., Rivera, and Antcliff, JJ.

 

(Do Not Publish)